UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD SULLIVAN, JR.,

        Plaintiff,        Case No. 1:13-cv-1363

v.        Honorable Paul L. Maloney

SHIRLEE HARRY et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action under 42 U.S.C. § 1983 be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that Plaintiff's remaining claims, which arise under state law, be DISMISSED WITHOUT PREJUDICE.


Dated:   March 10, 2014                       /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           Chief United States District Judge